# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.21-388    (JMV) |
| v. | |
| Randy Robinson, | |
| Defendant. | **ORDER** |

**John Michael Vazquez, U.S.D.J.**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 3rd day of August, 2022,

**O R D E R E D** that David Holman, AFPD from the Federal Public Defender's Office is hereby appointed to represent said defendant in this cause until further order of the Court.

John Michael Vazquez, U.S.D.J.